[No. 27318-3-I.   Division One.   June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO
MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-04887-6, Donald D. Haley, J., entered

November 19, 1990. *Affirmed* by unpublished per curiam opinion.